**Order entered June 16, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00210-CV**

**KIRK LAUNIUS, Appellant**

**V.**

**DIANA FLORES, IN HER OFFICIAL CAPACITY AS**
**PRESIDING OFFICER, CHAIR OF TRUSTEES, OF**
**DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08429**

**ORDER**
Before Chief Justice Burns, Justice Molberg, and Justice Smith

This appeal involves an election contest on a bond measure. Before the Court is appellee's motion to dismiss the appeal for want of jurisdiction. The Court will defer the motion, response, and reply to the submissions panel.

Also before the Court is appellant's agreed motion to permit submission of part of the clerk's record by stipulation. We **GRANT** the motion. Appellant shall submit a flash drive containing appellant's original petition, amended petition,

second amended petition, and third amended petition. In preparing the stipulated partial clerk's record, appellant shall follow the clerk record guidelines for bookmarking, naming scheme, and page numbers. *See* TEX. R. APP. P. app. C.

In a letter filed on June 9, 2021, counsel for appellee informs the Court that the Texas Attorney General's Office recently informed Dallas College that the bonds at issue will not be reviewed for issuance until a final, non-appealable order is obtained in this election contest. In light of this circumstance and on the Court's own motion, we modify the deadlines for the record and briefs as follows: The flash drive with the stipulated partial clerk's record, the clerk's record with the remaining requested documents, and the reporter's record shall be filed by **July 6, 2021**. Appellant's brief will be due **within twenty days** after the clerk's and reporter's record are filed. Appellee's brief will be due **within twenty days** of appellant's brief. Any reply brief will be due **within ten days** of appellee's brief. Once all briefing is complete, the Court will set the appeal on the first available setting.

We **DIRECT** the Clerk of this Court to send a copy of this order to Felicia Pitre, Dallas County District Court; Marcey Poeckes, Official Court Reporter for the 298th Judicial District Court; Brooke Wagner, Official Court Reporter for County Court at Law No. 5; and, all counsel.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE